UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ATTORNEY BRIAN WHITE & ASSOCIATES, P.C., | § § § § | |
| *Plaintiff/Counter-Defendant,* | § § | |
| v. | § | CIVIL ACTION NO. 4:24-cv-01684 |
| CARVERTISE, INC., | § § § | |
| *Defendant/Counter-Plaintiff.* | § § § | |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE KEITH P. ELLISON:

This document is to notify the Court, pursuant to LR 16.3, that the parties in the above-styled cause of action have reached a full settlement of all claims in this matter. The parties are in the process of completing the settlement documents and will thereafter file the necessary documents to dismiss this matter. The parties respectfully request that the trial currently set for September 22, 2025, and all related dates be removed from the docket.

Respectfully submitted,

**JOHANSON & FAIRLESS LLP**

*/s/ Kevin Kyser*
Kevin Kyser
State Bar No. 24062832
1456 First Colony Blvd.
Sugar Land, Texas 77479
Telephone:   (281) 313-5000
Facsimile:   (281) 340-5100
kkyser@jandflaw.com

***ATTORNEY FOR Plaintiff/Counter-Defendant Attorney Brian White & Associates, PC***

**AIKEN LAW PC**

*/s/ Bradley J. Aiken*
Bradley J. Aiken
State Bar No. 24059361
19350 State Highway 249, Suite 100
Houston, Texas 77070
Telephone:   (713) 579-4940
Facsimile:   (713) 579-4920
Brad.aiken@aiken.law

***ATTORNEY FOR Defendant/Counter-Plaintiff Carvertise, Inc.***

Civil Action No. 4:24-cv-01684

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on July 15, 2025, on all counsel of record, via CM/ECF service.

/s/ *Bradley J. Aiken*
Bradley J. Aiken